STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

Philip R. Weltin, Esq. SBN 46141
Michael Villeggiante, Esq. SBN 284860
WELTIN, STREB, & WELTIN, LLP
1432 Martin Luther King Jr. Way
Oakland, California 94612
Tel (510) 251-6060
Fax (510) 251-6040
pweltin@weltinlaw.com
mvilleggiante@weltinlaw.com

Attorneys for Plaintiff
Rony David Murcia Castillo

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RONY DAVID MURCIA CASTILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES; DOES 1-30,<br><br>    Defendants. | Case No. 3:21-cv-04720 SBA<br><br>**STIPULATION AND ORDER CONTINUING (1) ADR DEADLINE AND (2) ASSOCIATED DEADLINES** |

1

**STIPULATION**

Pursuant to Civil Local Rule 7-12, Plaintiff, Rony David Murcia Castillo, and Defendant, United States of America, ("the Parties") jointly submit this stipulation to continue the ADR deadline from March 31, 2022 to May 16, 2022.

1.      On September 16, 2021, the Parties stipulated to a settlement conference with a magistrate judge, to be completed by January 31, 2022, or as soon thereafter as the assigned magistrate judge's schedule allows. *See* Civil Minute Order (ECF No. 11).

2.      On September 24, 2021, Magistrate Judge Donna Ryu was assigned as the settlement judge, and the settlement conference was scheduled for February 4, 2022. (ECF Nos. 12-13).

3.      Due to a scheduling conflict, Plaintiff's counsel was unavailable on February 4, 2022. As such, the Parties sought and were granted leave to continue the settlement conference to March 14, 2021.

4.      At this time, discovery is ongoing and Defendant has been undertaking good faith efforts to complete the discovery necessary in order to have a meaningful settlement conference. Unfortunately, Defendant only received Plaintiff's medical records related to the incident on February 25, 2022. Due to this delay, Defendant has been unable to determine what experts it needs to retain and unable to determine whether an IME is necessary. Notwithstanding this delay, Plaintiff's deposition was commenced on March 1, 2022.

5.      Continuing the settlement conference 30 days will allow for Defendant to complete the remaining discovery necessary to meaningfully engage in the settlement conference. To that end, the Parties informed Judge Ryu of the request to continue the settlement conference on February 28, 2022.

6.      On March 1, 2022, the Parties were notified that Judge Ryu is available to continue the settlement conference to May 9, 2022 at 1:00 p.m. and will do so provided the Parties submit a Stipulation and Proposed Order to Your Honor to extend the settlement conference completion deadline.

7.      As such, it is hereby stipulated by and between the Parties to continue the deadline to complete the settlement conference in this matter to a date no later than May 9, 2022. The parties further agree that within 14 days of completing

2

the settlement conference, the parties shall meet and confer and file either a stipulated proposed pretrial schedule or a joint statement setting forth their respective positions on scheduling

Respectfully submitted,

DATED: March 2, 2022                              WELTIN, STREB, & WELTIN, LLP

                                            By:     /s/  Michael Villeggiante
                                                   MICHAEL VILLEGGIANTE
                                                   Attorneys for Plaintiff


DATED: March 2, 2022                              STEPHANIE M. HINDS
                                                   United States Attorney

                                            By:     /s/  Valerie E. Smith
                                                   VALERIE E. SMITH
                                                   Assistant United States Attorney
                                                   Attorney for Defendant


*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that counsel for Defendant has concurred in the filing of this document.*

STIPULATION AND ORDER CONTINUING ADR DEADLINE AND ASSOCIATED DEADLINES 21-CV-4720 SBA

**ORDER**

Pursuant to Stipulation, the parties shall complete a settlement conference with Magistrate Judge Donna M. Ryu by May 9, 2022, or as soon thereafter as the assigned magistrate judge's schedule allows.

Deadlines associated with the settlement conference shall be moved accordingly. Within 14 days of completing the settlement conference, the parties shall meet and confer and file either a stipulated proposed pretrial schedule or a joint statement setting forth their respective positions on scheduling.

[In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:  4/15/2022

RS

_____
Richard Seeborg for Saundra B. Armstrong
UNITED STATES DISTRICT

4