STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6985
FAX: (415) 436-6748
valerie.smith@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONY DAVID MURCIA CASTILLO<br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Docket No. 21-CV-04720 SBA<br><br>**STIPULATION AND AGREEMENT OF COMPROMISE AND SETTLEMENT AND ORDER** |

//
//
//
//
//

It is hereby STIPULATED by and between the undersigned Plaintiff RONY DAVID MURCIA CASTILLO and Defendant United States of America, through their counsel of record, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to dismiss with prejudice the above-captioned action. Each party is to bear his or her own costs and attorneys' fees.

DATED: July 29, 2022 By: [signature]

Mike Villeggiante, Esq.
Weltin, Streb, & Weltin, LLP
Attorneys for Plaintiff

STEPHANIE M. HINDS
United States Attorney

DATED: Aug. 3, 2022 By: Valerie E. Smith

Valerie E. Smith
Assistant United States Attorney
Attorney for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 23, 2022

_______________________ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge